FILED

APR 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BERNARD MCCORMACK, on behalf of himself and the class of all other similarly situated persons; et al.,<br><br>    Plaintiffs - Appellees,<br><br> And<br><br>AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY, a corporation; et al.,<br><br>    Defendants - Appellees.,<br><br> v.<br><br>HO VAN CAO,<br><br>    Objector - Appellant. | No. 14-55337<br><br>D.C. No. 2:05-cv-06735-CAS-MAN<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: KLEINFELD, McKEOWN, and IKUTA, Circuit Judges.

  The panel has unanimously voted to deny Objector-Appellant's petition for panel rehearing. Judge McKeown and Judge Ikuta voted to deny the petition for rehearing en banc and Judge Kleinfeld so recommended. The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

The petition for rehearing and the petition for rehearing en banc are DENIED.